

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00338-CV

| | | |
|---|---|---|
| SHARON P. JOROLAN, LOGAN B. YOUNG, MICHELLE PIQUE, MAURICE F. JOHNSON, PATRICIA ERWAY, AND LINCOLN ACHILLI, Appellants | § | On Appeal from the 481st District Court |
| | § | of Denton County (22-10692-481) |
| V. | § | February 26, 2025 |
| ANDY EADS, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Andy Eads shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell             
        Justice Wade Birdwell